EMILY JOHNSON HENN (Bar No. 269482)
KATHRYN E. CAHOY (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

AMY S. HEATH (Bar No. 312516)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: +1 (415) 591-7030
Facsimile: +1 (415) 955-6530
Email: aheath@cov.com

*Attorneys for Defendants Instagram, LLC and Facebook, Inc.*

MARK N. TODZO (Bar No. 168389)
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415-913-7800
Facsimile: 415-759-4112
mtodzo@lexlawgroup.com

CHRISTIAN LEVIS (*pro hac vice*)
AMANDA FIORILLA (*pro hac vice*)
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

ANTHONY M. CHRISTINA (*pro hac vice*)
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Facsimile: (914) 997-0035
achristina@lowey.com

*Attorneys for Plaintiff Brittany Conditi*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRITTANY CONDITI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTAGRAM, LLC, a Delaware limited liability company, and FACEBOOK, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 3:20-CV-06534-EMC<br><br>**FURTHER STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT AND TO BRIEF MOTION TO DISMISS; [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-1(b) and 6-2, Defendants Instagram, LLC and Facebook, Inc. and Plaintiff Brittany Conditi (collectively, the "Parties") respectfully submit the following Further Stipulation Enlarging Time to Respond to the Complaint and to Brief Motion to Dismiss and Proposed Order.

**STIPULATION**

WHEREAS, on September 17, 2020, Plaintiff filed the initial complaint (Dkt. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendants' response to the initial complaint was initially due by October 13, 2020 (*see* Dkts. 13-14);

WHEREAS, pursuant to Civil Local Rule 6-1(a), which allows parties to stipulate in writing without court order to extend a defendant's time within which to answer or otherwise respond to a complaint, the Parties stipulated that Defendants shall file any motion to dismiss (or otherwise respond to) the initial complaint by November 10, 2020 (*see* Dkt. 20);

WHEREAS, pursuant to Civil Local Rule 6-1(a), the Parties further extended by stipulation the deadline to file any motion to dismiss (or otherwise respond to) the initial complaint to December 17, 2020 (*see* Dkt. 29);

WHEREAS, pursuant to Civil Local Rule 6-1(b) and 6-2, the Court granted the Parties' stipulated briefing schedule for any motion to dismiss (*see* Dkt. 30);

WHEREAS, the Parties agree that the deadline to file any motion to dismiss (or otherwise respond to) the initial complaint should be extended by one month to allow the parties additional time to engage in discussions regarding the case;

WHEREAS, the Parties agree that resolution of any forthcoming motion to dismiss would benefit from extending the opposition deadline by two weeks and the reply deadline by one week;

WHEREAS, the initial case management conference is scheduled for January 14, 2021;

WHEREAS, the Parties agree and respectfully propose to the Court that, in the interest of efficiency for the Parties and the Court, the initial case management conference should be rescheduled to coincide with the hearing on any motion to dismiss and the associated deadlines should be reset accordingly;

WHEREAS, there have been two other time modifications in this case that extended the

deadlines to respond to the complaint and set briefing schedules (*see* Dkts. 20, 23, 29, 30);

WHEREAS, no other events or deadlines already fixed by Court order would be affected by the time modification requested herein; and

WHEREAS, Defendants do not waive, and expressly reserve, all defenses;

THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree to, and respectfully request that the Court order, the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to file any motion to dismiss or otherwise respond to complaint | December 17, 2020 | January 21, 2021 |
| Opposition to motion to dismiss due | January 21, 2020 | February 18, 2021 |
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; deadline to file ADR certification | December 24, 2020 | February 25, 2021 |
| Reply in support of motion to dismiss due | February 4, 2021 | March 4, 2021 |
| Joint case management statement due | January 7, 2021 | March 11, 2021 |
| Noticed hearing date for motion to dismiss and initial case management conference | January 14, 2021 at 9:30 AM | March 18, 2021 at 1:30 PM |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: December 4, 2020         By: _____
                                    Hon. Edward M. Chen
                                    United States District Judge