Mark N. Todzo (California Bar No. 168389)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415-913-7800
Facsimile: 415-759-4112
mtodzo@lexlawgroup.com

Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Facsimile: (914) 997-0035
achristina@lowey.com

*Attorneys for Plaintiff Brittany Conditi
and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRITTANY CONDITI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTAGRAM, LLC, a Delaware limited liability company, and FACEBOOK, INC., a Delaware corporation.<br><br>Defendant. | Case No.: 3:20-cv-06534<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(1)(A)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Brittany Conditi, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismisses this action against Defendants Instagram, LLC and Facebook, Inc. without prejudice.

Neither Instagram, LLC or Facebook, Inc. filed an answer to the complaint or a motion for summary judgment. Dismissal under Rule 41(a)(1)(A) is therefore appropriate.

Dated: April 1, 2021

By:   */s/ Christian Levis*
Christian Levis (*pro hac vice*)
Amanda Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Mark N. Todzo (California Bar No. 168389)
**LEXINGTON LAW GROUP**
503 Divisadero Street
San Francisco, CA 94117
Telephone: 415-913-7800
Facsimile: 415-759-4112
mtodzo@lexlawgroup.com

Anthony M. Christina (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Facsimile: (914) 997-0035
achristina@lowey.com

*Attorneys for Plaintiff Brittany Conditi and the Proposed Class*

**E-FILING ATTESTATION**

I, Mark Todzo, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Christian Levis identified above has concurred in this filing.

/s/ *Mark Todzo*
Mark Todzo